I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:     DEPUTY CLERK:

Petitioner 08/28/2015 by DV

FILED
CLERK, U.S. DISTRICT COURT

8/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: DV    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

RYAN MASTERS,

    Petitioner,

    v.

CALVIN JOHNSON, Warden,

    Respondent.

No. CV 14-07147-RGK (DFM)

Order Accepting Findings and Recommendation of United States Magistrate Judge

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: 8/27/15



R. GARY KLAUSNER
United States District Judge