JS-6
ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:   DATE:   DEPUTY CLERK:

Petitioner 08/28/2015 by DV



FILED
CLERK, U.S. DISTRICT COURT

8/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: DV   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

RYAN MASTERS,

    Petitioner,

v.

CALVIN JOHNSON, Warden,

    Respondent.

No. CV 14-07147-RGK (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: 8/27/15

_____
R. GARY KLAUSNER
United States District Judge



ENTERED
CLERK, U.S. DISTRICT COURT

08/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: TS   DEPUTY